

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00075-CR

AARON MICHAEL FRANKS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court
Deaf Smith County, Texas
Trial Court No. 2017-0010, Honorable D.J. Wagner, Presiding

July 31, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Aaron Michael Franks appeals his conviction and sentence for driving while intoxicated, second offense. The clerk's record was due April 4, 2018 but was not filed because appellant failed to make payment arrangements. On May 15, 2018, we remanded the cause to the trial court to determine, among other things, whether appellant was entitled to have the appellate record furnished without charge. After a hearing, the trial court found that appellant was not indigent and, therefore, not entitled to a free appellate record.

Accordingly, by letter of July 5, 2018, we directed appellant to make acceptable payment arrangements for the clerk's record by July 16. Failure to do so, we advised, would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (authorizing dismissal of an appeal for want of prosecution if the clerk's record is not filed due to appellant's fault, provided appellant is not entitled to proceed without payment of costs and has a reasonable opportunity to cure the omission before dismissal); *Coronado v. State*, No. 07-11-00302-CR, 2012 Tex. App. LEXIS 334, at *2 (Tex. App.—Amarillo Jan. 13, 2012, no pet.) (per curiam) (not designated for publication).

To date, appellant has not made payment arrangements for the clerk's record. Having given appellant a reasonable opportunity to cure this failure, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Per Curiam

Do not publish.